# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: AMC INVESTORS, LLC, ET AL., | : | Bankruptcy Case No. 08-12264 (CSS) |
| | : | ADV No. 11-52318 |
| Debtors. | : | BAP No. 15-58 |
| _____ | : | |
| EUGENIA VI VENTURE HOLDINGS, LTD., on behalf of AMC Investors, LLC and AMC Investors II, LLC, | : | |
| Appellants, | : | |
| v. | : | C. A. No. 15-934-RGA |
| MAPLEWOOD HOLDINGS LLC, et al., | : | |
| Appellee. | : | |

## **RECOMMENDATION**

At Wilmington this **3rd** day of **November, 2015**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel, to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court

for this District and 28 U.S.C. § 636(b), this matter and the companion matter 15-935-RGA be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. The parties were advised of their right to file objections to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(a) and D. Del. LR 72.1.

The parties request that the briefing schedule on this appeal be entered as follows:

| | |
|---|---|
| Appellants' opening brief | 30 days after the date Appellees file their designation of additional item for the appeal record |
| Appellees' answering brief | 45 days after filing of the opening brief |
| Appellants' reply brief | 30 days after filing of the answering brief |

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE